# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 25-00093-01-CR-W-BCW |
| | ) | |
| DIVIANYS MORALES ALVAREZ, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On December 9, 2025, the Grand Jury returned a four-count Indictment charging Defendant Divianys Morales Alvarez with theft of government money (Counts One and Two), bank fraud (Count Three), and aggravated identity theft (Count Four). Additionally, there is a criminal forfeiture allegation.

Please note Count III of the Indictment was amended via interlineation to replace Capitol Federal Bank with First Federal Bank of Kansas City.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
        Government: Amanda Hanson and Patrick D. Daly
            Case Agent: SSA, OIG Special Agent Andrew Zumhofe
        Defense: Edward K. Fehlig, Jr and Alex Hartley
            Paralegal: Michael Chris Linder
            Investigator: Mark Reeder

**CERTIFICATE OF COMPLIANCE:** The Government and defense counsel have certified that each have produced all discovery in accordance with the deadlines established in the Arraignment and Discovery Order and have timely complied with all pretrial filing deadlines established by the Scheduling and Trial Order up to the date of the pretrial conference.

**OUTSTANDING MOTIONS**:

| 09/26/2025 | view23 | *MOTION IN LIMINE REGARDING RECIPROCAL DISCOVERY* by USA as to Divianys Morales Alvarez. Suggestions in opposition/response due by 10/10/2025 unless |
|---|---|---|

| | | |
|---|---|---|
| | | otherwise directed by the court. (Hanson, Amanda) Modified on 9/26/2025 to clarify the docket text. The NEF will be regenerated. (TRC). (Entered: 09/26/2025) |
| 03/30/2026 | view53 | MOTION to Dismiss Case by Divianys Morales Alvarez. Suggestions in opposition/response due by 4/13/2026 unless otherwise directed by the court. (Fehlig, Edward) (Entered: 03/30/2026) |

**TRIAL WITNESSES**:
Government: 7 with stipulations; 10 without stipulations.
The Government anticipates that a Rule 15 deposition will be played to the jury.

Defendant: 4 witnesses, including the Defendant

**TRIAL EXHIBITS:**
Government: approximately 50 exhibits
Defendant: approximately 20 exhibits

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
(X) Definitely for trial; (  ) Possibly for trial; (  ) Likely a plea will be worked out

**TRIAL TIME: 3 days total**
Government's case including jury selection: 1½ - 2 days
Defendant: 1-2 days

**STIPULATIONS**: The parties anticipate stipulations business records stipulations, and FDIC status for the financial institution.

**UNUSUAL QUESTIONS OF LAW:** None.

**FILING DEADLINES:** The parties are reminded of the following pretrial filing deadlines as originally set forth in the Scheduling and Trial Order (Doc. #15):

**Witness and Exhibit Lists: Due no later than fourteen days prior to trial.**

Please note: Counsel are requested to list witnesses in alphabetical order on their witness list.

**Motion in Limine: Due no later than fourteen days prior to trial.**

**Stipulations: Due no later than fourteen days prior to trial.**

2

**Additionally, Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions are due no later than seven days prior to trial.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

**TRIAL SETTING**: Criminal jury trial docket set for August 10, 2026.

Normal jury panel: **Yes**

**Please note:** The parties prefer the first week of the docket.

**IT IS SO ORDERED.**

*/s/ Lajuana M. Counts*
Lajuana M. Counts
United States Magistrate Judge